FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

MAY 19 PM 3:00

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| NIYONU SPAULDING, | ) |
| Movant, | ) |
| v. | ) Case No. CV410-027 |
| | ) CR405-003 |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 17th day of May, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA