# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED U.S. DISTRICT COURT SAVANNAH DIV. JUN 26 2015 CLERK _____ SO. DIST. OF GA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Niyonu Spaulding ) | Case No: 4:05CR00003-2 |
| ) | USM No: 12179-021 |
| Date of Original Judgment: January 12, 2006 ) | Robert Rosenblum |
| Date of Previous Amended Judgment: February 2, 2012 ) | Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __165__ months **is reduced to** __time served__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 12, 2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __06.25.15__

_____
*Judge's signature*

Effective Date: November 1, 2015
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*